IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TYLER S. MORELAND                                    PLAINTIFF

v.                          Case No. 2:17-CV-2189

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                            DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 17) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 15th day of October, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE