# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

TYLER S. MORELAND                                                  PLAINTIFF

v.                            Case No. 2:17-CV-2189

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                   DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 15th day of October, 2018.

                                       /s/ P. K. Holmes, III
                                       P. K. HOLMES, III
                                       CHIEF U.S. DISTRICT JUDGE